■ DROWNED MEADOW AGENCY, INC., Respondent, v LEE M. ALBIN, Individually and as a Partner, Doing Business as POND VIEW ASSOCIATES, Appellant.—In an action for a real estate brokerage commission, the defendant appeals from a judgment of the Supreme Court, Suffolk County, entered April 21, 1976, which is in favor of plaintiff, upon the granting of his motion for summary judgment. Judgment affirmed, with $50 costs and disbursements, on the opinion of Mr. Justice Lazer at Special Term. Cohalan, Acting P. J., Margett, Damiani, Rabin and Titone, JJ., concur.